UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 06 B 05400
   TIM MINCKS
   EUGENIA MINCKS                        CHAPTER 13

                                         JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-8022    SSN XXX-XX-6333
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/11/06 and confirmed on 07/14/06.

   2.  The case was dismissed after confirmation, 08/01/2008.

   3.  The Debtor paid a total of $  50001.63 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACCREDITED HOME LENDERS | CURRENT MORTG | 29409.40 | .00 | 29409.40 |
| ACCREDITED HOME LENDERS | MORTGAGE ARRE | 15666.26 | .00 | 9531.98 |
| FRANKLIN CREDIT MGMT COR | SECURED | 4275.49 | .00 | 4275.49 |
| FRANKLIN CREDIT MGMT COR | MORTGAGE ARRE | 1000.00 | .00 | 792.09 |
| AMERICAN GENERAL FINANCE | SECURED | 1500.00 | 84.59 | 1500.00 |
| FRONTIER CHIROPRACTOR | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MID AMERICA THE ASSOCIAT | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN IL MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 872.18 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 265.93 | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 9976.41 | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2513.07 | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 406.65 | .00 | .00 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 51851.15 | .00 | 14034.24 | .00 | 65885.39 |
| PRINCIPAL PAID | 45508.96 | .00 | .00 | .00 | 45508.96 |
| INTEREST PAID | 84.59 | .00 | .00 | .00 | 84.59 |
| TOTAL PAID | 45593.55 | .00 | .00 | .00 | 45593.55 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3000.00
and was paid $   1589.00  direct and $   1411.00  through the plan.

The Trustee received $   2101.08 .

Refunds to the Debtor totaled $     896.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 05400 TIM MINCKS & EUGENIA MINCKS